**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY JOE TRAVIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-06-CV-1854-M |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING CORRECTED FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated December 8, 2006, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court, with one exception. The reference at page 4 in the Findings, Conclusions and Recommendations to Plaintiff's response to Spears Questionnaire #7 is a typographical error. The proper reference is to Plaintiff's Response to Spears Questionnaire #5.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted as corrected herein.

**SO ORDERED** this 28 day of December, 2006.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE